1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division, Tax Division

4 | MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
5 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113
6 | Telephone:   (408) 535-5040
Facsimile:   (408) 535-5081
7 | michael.g.pitman@usdoj.gov

8 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Donald E. Morris, | Case No. 4:16-cv-00476-KAW |
|---|---|
| Plaintiff, | STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND AND [PROPOSED] ORDER |
| v. | |
| United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendant the United States of America ("United States"), and Plaintiff Donald E. Morris ("Plaintiff") by and through undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2, that good cause exists and the parties request that the Court continue the date for the United States to answer or otherwise respond to Plaintiff's Complaint, and the United States states as follows in support:

Plaintiffs commenced the instant action on or about January 27, 2016.  Upon learning of the Complaint, the Department of Justice contacted the Internal Revenue Service's Office of Chief Counsel and requested the administrative file associated with this case.  The Office of Chief Counsel has yet to provide a copy of the administrative file to the Department of Justice.  Without the administrative file, counsel for the United States is unable to prepare an adequate response to the Complaint.

Accordingly, the parties hereby stipulate that the United States shall have until May 31, 2016, to answer or otherwise respond to Plaintiff's Complaint. The requested extension is not being made for purposes of delay, but to allow for a review of the relevant administrative materials. No party has obtained any previous extensions in this matter.

Respectfully submitted this 27th day of April, 2016,

    BRIAN J. STRETCH
    United States Attorney

    s/ Michael G. Pitman
    MICHAEL G. PITMAN
    Assistant United States Attorney

    Attorneys for United States of America


    s/ Edward I. Kaplan
    EDWARD I. KAPLAN
    Greene Radovsky Maloney Share Hennigh LLP
    4 Embarcadero Center, Suite 4000
    San Francisco, CA 94111
    415-248-1525
    Fax: 415-777-4961
    Email: ekaplan@greeneradovsky.com

    Attorneys for Plaintiff Donald E. Morris

### [PROPOSED] ORDER

Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that the United States of America shall have until May 31, 2016, to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this _____ day of _____, 2016.

    _____
    THE HONORABLE KANDIS A. WESTMORE
    UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND AND [PROPOSED] ORDER has been made this 27th day of April, 2016, by way of the Court's ECF system to the following:

>   EDWARD I KAPLAN
>   Greene Radovsky Maloney Share Hennigh LLP
>   4 Embarcadero Center, Suite 4000
>   San Francisco, CA 94111
>   415-248-1525
>   Fax: 415-777-4961
>   Email: ekaplan@greeneradovsky.com

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney

CERTIFICATE OF SERVICE
Case No. 4:16-cv-00476-KAW

1