1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   THOMAS MOORE (ALBN 4305-O78T)
3  Chief, Tax Division, Tax Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:     (408) 535-5040
   Facsimile:     (408) 535-5081
7  michael.g.pitman@usdoj.gov

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

| | |
|---|---|
| 12  Donald E. Morris, | Case No. 4:16-cv-00476-KAW |
| 13        Plaintiff, | STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND |
| 14        v. | AND [PROPOSED] ORDER |
| 15  United States of America, | |
| 16        Defendant. | |

17

18       IT IS HEREBY STIPULATED by and between Defendant the United States of America

19  ("United States"), and Plaintiff Donald E. Morris ("Plaintiff") by and through undersigned counsel and

20  pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2, that good cause exists and the parties

21  request that the Court continue the date for the United States to answer or otherwise respond to

22  Plaintiff's Complaint, and the United States states as follows in support:

23       Plaintiffs commenced the instant action on or about January 27, 2016.  Upon learning of the

24  Complaint, the Department of Justice contacted the Internal Revenue Service's Office of Chief Counsel

25  and requested the administrative file associated with this case.  The Office of Chief Counsel has yet to

26  provide a copy of the administrative file to the Department of Justice.  Without the administrative file,

27  counsel for the United States is unable to prepare an adequate response to the Complaint.

28

Accordingly, the parties hereby stipulate that the United States shall have until May 31, 2016, to answer or otherwise respond to Plaintiff's Complaint. The requested extension is not being made for purposes of delay, but to allow for a review of the relevant administrative materials. No party has obtained any previous extensions in this matter.

Respectfully submitted this 27th day of April, 2016,

> BRIAN J. STRETCH
> United States Attorney
>
> s/ Michael G. Pitman
> MICHAEL G. PITMAN
> Assistant United States Attorney
>
> Attorneys for United States of America
>
>
> s/ Edward I. Kaplan
> EDWARD I. KAPLAN
> Greene Radovsky Maloney Share Hennigh LLP
> 4 Embarcadero Center, Suite 4000
> San Francisco, CA 94111
> 415-248-1525
> Fax: 415-777-4961
> Email: ekaplan@greeneradovsky.com
>
> Attorneys for Plaintiff Donald E. Morris

### [PROPOSED] ORDER

Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that the United States of America shall have until May 31, 2016, to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this __3rd__ day of ____May____, 2016.

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND AND [PROPOSED] ORDER has been made this 27th day of April, 2016, by way of the Court's ECF system to the following:

> EDWARD I KAPLAN
> Greene Radovsky Maloney Share Hennigh LLP
> 4 Embarcadero Center, Suite 4000
> San Francisco, CA 94111
> 415-248-1525
> Fax: 415-777-4961
> Email: ekaplan@greeneradovsky.com

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney