1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   THOMAS MOORE (ALBN 4305-O78T)
3  Chief, Tax Division, Tax Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  michael.g.pitman@usdoj.gov

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12  Donald E. Morris,                    Case No. 4:16-cv-00476-KAW

13     Plaintiff,                        STIPULATION EXTENDING TIME TO
                                         ANSWER OR OTHERWISE RESPOND
14     v.                                AND [PROPOSED] ORDER

15  United States of America,

16     Defendant.

17

18     IT IS HEREBY STIPULATED by and between Defendant the United States of America

19  ("United States"), and Plaintiff Donald E. Morris ("Plaintiff") by and through undersigned counsel and

20  pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2, that good cause exists and the parties

21  request that the Court continue the date for the United States to answer or otherwise respond to

22  Plaintiff's Complaint, and the United States states as follows in support:

23     Plaintiffs commenced the instant action on or about January 27, 2016. Upon learning of the

24  Complaint, the Department of Justice contacted the Internal Revenue Service's Office of Chief Counsel

25  and requested the administrative file associated with this case. The Office of Chief Counsel has provided

26  its analysis of the case which the United States is evaluating.

27     Accordingly, the parties hereby stipulate that the United States shall have until August 12, 2016,

28  to answer or otherwise respond to Plaintiff's Complaint. The requested extension is not being made for

purposes of delay, but to allow for a review of the relevant administrative materials. The United States has previously obtained an extension of its date to answer or otherwise respond to Plaintiff's Complaint on May 3, 2016 (Doc. # 11), and also on June 7, 2016 (Doc. # 13).

Respectfully submitted this 24th day of June, 2016,

        BRIAN J. STRETCH
        United States Attorney

        s/ Michael G. Pitman
        MICHAEL G. PITMAN
        Assistant United States Attorney

        Attorneys for United States of America


        s/ Edward I. Kaplan
        EDWARD I. KAPLAN
        Greene Radovsky Maloney Share Hennigh LLP
        4 Embarcadero Center, Suite 4000
        San Francisco, CA 94111
        415-248-1525
        Fax: 415-777-4961
        Email: ekaplan@greeneradovsky.com

        Attorney for Plaintiff Donald E. Morris

## [~~PROPOSED~~] ORDER

Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that the United States of America shall have until August 12, 2016, to answer or otherwise respond to Plaintiff's Complaint.


SO ORDERED THIS __28th__ DAY OF _____June_____, 2016.

        _____
        THE HONORABLE KANDIS A. WESTMORE
        UNITED STATES MAGISTRATE JUDGE