BRIAN J. STRETCH (CABN 163973)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division, Tax Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:       (408) 535-5081
michael.g.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Donald E. Morris,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. 4:16-cv-00476-KAW<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND AND [~~PROPOSED~~] ORDER<br>AS MODIFIED |

   IT IS HEREBY STIPULATED by and between Defendant the United States of America ("United States"), and Plaintiff Donald E. Morris ("Plaintiff") by and through undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2, that good cause exists and the parties request that the Court continue the date for the United States to answer or otherwise respond to Plaintiff's Complaint, and the United States states as follows in support:

   Plaintiffs commenced the instant action on or about January 27, 2016. Upon learning of the Complaint, the Department of Justice contacted the Internal Revenue Service's Office of Chief Counsel and requested the administrative file associated with this case. The Office of Chief Counsel has provided its analysis of the case which the United States is evaluating. The parties are working towards a negotiated resolution to this matter.

   Accordingly, the parties hereby stipulate that the United States shall have until October 17, 2016,

to answer or otherwise respond to Plaintiff's Complaint. The requested extension is not being made for purposes of delay, but to allow for a review of the relevant administrative materials.  The United States has previously obtained an extension of its date to answer or otherwise respond to Plaintiff's Complaint on May 3, 2016 (Doc. # 11), June 7, 2016 (Doc. # 13), and June 28, 2016 (Doc. 15).

Respectfully submitted this 5th day of August, 2016,

    BRIAN J. STRETCH
    United States Attorney

    s/ Michael G. Pitman
    MICHAEL G. PITMAN
    Assistant United States Attorney

    Attorneys for United States of America


    s/ Edward Kaplan
    EDWARD I. KAPLAN
    Greene Radovsky Maloney Share Hennigh LLP
    4 Embarcadero Center, Suite 4000
    San Francisco, CA 94111
    415-248-1525
    Fax: 415-777-4961
    Email: ekaplan@greeneradovsky.com

    Attorney for Plaintiff Donald E. Morris

[~~PROPOSED~~] ORDER

    Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that the United States of America shall have until October 17, 2016, to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED THIS __8th__ DAY OF __August__, 2016.

    _____
    THE HONORABLE KANDIS A. WESTMORE
    UNITED STATES MAGISTRATE JUDGE