BRIAN J. STRETCH (CABN 163973)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division, Tax Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:     (408) 535-5081
michael.pitman@usdoj.gov

Attorneys for the United States of America

**IT IS SO ORDERED**
*Kandis Westmore*
Judge Kandis Westmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Donald E. Morris,<br><br>    Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>    Defendant. | Case No. 4:16-cv-00476-KAW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Defendant the United States of America ("United States") Plaintiff Donald E. Morris ("Plaintiff"), by and through undersigned counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this matter in its entirety with prejudice, each party to bear its own fees and costs.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
MICHAEL G. PITMAN
Assistant United States Attorney

Attorneys for United States of America

*Edward I. Kaplan* (signature)
EDWARD I. KAPLAN
Greene Radovsky Maloney Share Hennigh LLP
4 Embarcadero Center, Suite 4000
San Francisco, CA 94111
415-248-1525
Fax: 415-777-4961
Email: ekaplan@greeneradovsky.com

Attorney for Plaintiff Donald E. Morris

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney

Attorneys for United States of America

_____
EDWARD I. KAPLAN
Greene Radovsky Maloney Share Hennigh LLP
4 Embarcadero Center, Suite 4000
San Francisco, CA 94111
415-248-1525
Fax: 415-777-4961
Email: ekaplan@greeneradovsky.com

Attorney for Plaintiff Donald E. Morris